IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **LABORDE EARLES LAW FIRM, LLC** | § § § | |
| | § | **CIVIL ACTION NO. 21-cv-04154** |
| **VS.** | § § § | |
| **MORRIS BART, III AND MORRIS BART, LLC** | § § § § § | **Jury Demanded** |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW**, Laborde Earles Law Firm, LLC ("Laborde Earles" or "Plaintiff"), Plaintiff herein, and files this, its Original Complaint, complaining of Morris Bart, III practicing law as Morris Bart, LLC, (collectively "Defendants"), and seeking a declaratory judgment that Plaintiff is not engaging in any trademark infringement, unfair competition and/or dilution (as asserted by Defendants, or certain of them) with regard to the phrase "WE'RE ALWAYS ON YOUR SIDE" and/or with regard to the mark of "ON MY SIDE," as follows:

## THE PARTIES

1.      Plaintiff is a limited liability company organized under the laws of the State of Louisiana with its principal place of business in Lafayette, Louisiana.

2.      Defendant Morris Bart, III is a Louisiana citizen who conducts business across the entire state of Louisiana, including Lafayette, Louisiana, as and/or in connection with Morris Bart, LLC.

3. Defendant Morris Bart, LLC is a limited liability company organized under the laws of the State of Louisiana, which has conducted and continues to conduct business in Lafayette, Louisiana. Morris Bart, LLC can be served via its registered agent: Morris Bart, III, 601 Poydras Street, 24th Floor, New Orleans, Louisiana 70130. Morris Bart, LLC regularly conducts business in the Western District of Louisiana through offices located in Lafayette, Lake Charles, Monroe, Alexandria, and Shreveport.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, 2202 and 1367, because the Complaint seeks a declaratory judgment with regard to threatened claims arising under the trademark laws of the United States.

5. This Court has personal jurisdiction over the Defendants in that Defendant Morris Bart, III resides in the state of Louisiana and practices law as and/or in connection with Defendant Morris Bart, LLC, both of which have a principal place of business in the State of Louisiana.

6. Venue is proper in the Western District of Louisiana pursuant to 28 U.S.C. § 1391 because Defendants have a regular and established place of business located in the Western District of Louisiana (including that certain place of business located at 400 East Kaliste Saloom Road, Suite 1300, Lafayette, Louisiana 70508.  Furthermore, five (5) of Defendants' seven (7) places of business located in Louisiana are established within the Western District of Louisiana.

## BACKGROUND

7. Plaintiff is a provider of legal services in various areas of law and in various Louisiana markets, including in and around Lafayette, Louisiana.

8. Plaintiff has been using the mark "ON MY SIDE" to advertise its legal services for over seven (7) years.

9. Plaintiff, through its very substantial expense and extensive efforts, has originated and exploited the market for its legal services advertised and provided under the mark "ON MY SIDE".

10. Defendants have not contributed to any of the expense or efforts described in Paragraph 9 above. In fact, Defendants had no input or involvement in the inception, development, execution, sales or marketing, and/or the ongoing operations of Plaintiff's business of providing legal services under the mark "ON MY SIDE".

11. Plaintiff used the phrase "WE'RE ALWAYS ON YOUR SIDE" in connection with a television ad promoting its legal services. Plaintiff has voluntarily ceased use of this phrase.

12. Upon information and belief, U.S. Trademark Registration No. 1,644,004 is a word mark issued to Defendant Morris Bart, III, and was registered on May 7, 1991 (hereinafter "Defendants' Mark"), which purports to cover the phrase "I'M ON YOUR SIDE".

13. On or about October 8, 2021, Defendant Morris Bart, III and/or Defendant Morris Bart, LLC, through a demand letter forwarded by Defendants' legal counsel to Plaintiff ("Demand Letter"), accused Plaintiff of infringing Defendants' Mark, and also therein demanded that Plaintiff cease the use of the phrase "WE'RE ALWAYS ON YOUR SIDE" and of the mark "ON MY SIDE" in connection with Plaintiff's provision of legal services. *See* Ex. A at p. 2.

14. Defendants' Demand Letter has given Plaintiff an objectively reasonable belief that Plaintiff will be sued by Defendants for alleged (but disputed) infringement of Defendants' Mark. As such, an actual and justiciable controversy exists between the parties.

## FIRST CAUSE OF ACTION

### Declaratory Judgement of Non-Infringement

15. Plaintiff re-alleges Paragraphs 1 through 14 herein.

16. The words allegedly covered by Defendants' Mark are "I'M ON YOUR SIDE".

17. Plaintiff's use of the mark "ON MY SIDE" and Plaintiff's use of the phrase "WE'RE ALWAYS ON YOUR SIDE" to advertise its legal services does not and would not infringe any valid intellectual property right owned or claimed by Defendants.

18. Accordingly, Plaintiff requests a judicial declaration by this Court that Plaintiff's use of the mark "ON MY SIDE" and/or of the phrase "WE'RE ALWAYS ON YOUR SIDE" to advertise Plaintiff's legal services does not and would not infringe any valid intellectual property right owned or claimed by Defendants.

19. Based upon the allegations above, there is an actual and substantial controversy between Plaintiff and Defendants, who have adverse legal interests. The dispute between Plaintiff and Defendants is substantial, definite and immediate and is not hypothetical.

20. In order to resolve the legal and factual questions raised by Defendants' Demand Letter and to afford relief from the uncertainty and controversy which Defendants' assertions have precipitated, Plaintiff is entitled to a declaratory judgment of its rights under 28 U.S.C. §§ 2201-2202.

21. To the extent applicable, Plaintiff also seeks the recovery of its reasonable and necessary attorneys' fees in connection with this matter.

## SECOND CAUSE OF ACTION

**Declaratory Judgment that Defendants are Barred, in Whole or in Part, by Laches**

22. Plaintiff re-alleges Paragraphs 1 through 21 herein.

23. Plaintiff has continuously advertised its legal services under the mark "ON MY SIDE" for over seven (7) years in various Louisiana markets. Plaintiff's advertisements have been known, or should have been known, by Defendants during this entire period of time. In fact, Plaintiff's web address is www.onmyside.com.

24. Upon information and belief, Defendants have utilized certain of their employees to review television and other advertisements for legal services in and around Louisiana. Upon information and belief, Defendants were made aware of Plaintiff's use of "ON MY SIDE" through this practice. Alternately, Defendants have had constructive notice of Plaintiff's use of the "ON MY SIDE" mark, including through Plaintiff's television advertisements which use said mark.

25. Prior to Plaintiff's receipt of the Demand Letter, at no point in the over seven (7) year period of time since Plaintiff began offering legal services under the mark "ON MY SIDE", have Defendants raise any concerns to Plaintiff of infringement or assert any allegations of likelihood of confusion between Defendants' Mark and Plaintiff's "ON MY SIDE" mark.

26. To allow Defendants to now assert claims of trademark infringement against Plaintiff would cause substantial prejudice and harm to Plaintiff.

27. As such, Defendants are barred by the doctrine of laches from bringing claims of infringement under the Lanham Act or any other applicable federal or state law.

## JURY DEMAND

28. Plaintiff hereby demands a jury trial pursuant to Rule 38 of the Federal Rule of Civil Procedure.

## DEMAND FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Laborde Earles Law Firm, LLC, asks that Plaintiff be awarded a judgment against Defendants, for the following:

1. Declaratory judgment that:

    (a) Plaintiff's use of the mark "ON MY SIDE" to advertise Plaintiff's legal services does not constitute trademark infringement, trademark dilution, or unfair competition under the Lanham Act or any other applicable federal or state law;

    (b) Plaintiff's use the phrase "WE'RE ALWAYS ON YOUR SIDE" to advertise Plaintiff's legal services does not constitute trademark infringement, trademark dilution, or unfair competition under the Lanham Act or any other applicable federal or state law;

    (c) Defendants are barred by the doctrine of laches from asserting claims of infringement against Plaintiff's use of the mark "ON MY SIDE" and/or Plaintiff's use of the phrase "WE'RE ALWAYS ON YOUR SIDE" under the Lanham Act or any other applicable federal or state law; and

  (d) Plaintiff is not required to pay to Defendants any amount as royalty or other cost for use of the mark "ON MY SIDE" and/or for the use of the phrase "WE'RE ALWAYS ON YOUR SIDE".

2. Prejudgment and post-judgment interest;

3. Costs of court;

4. To the extent applicable, reasonable and necessary attorney's fees; and

5. All other relief, whether general or special, at law or in equity to which Plaintiff is entitled.

*December 3, 2021*

*Signatures on Next Page*

Respectfully submitted,

**ONEBANE LAW FIRM (APC)**

/s/ *Steven C. Lanza*
Steven C. Lanza, Lead Attorney
(LA #19668)
lanza@onebane.com
Post Office Box 3507
Lafayette, LA 70502-3507
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70508
(337) 237-2660
**ATTORNEYS FOR PLAINTIFF
LABORDE EARLES LAW FIRM, LLC**

AND:

**MATTHEWS, LAWSON,
MCCUTCHEON & JOSEPH, PLLC**

/s/ *Terry Joseph*
Terry Joseph
Texas Bar No. 11029500
tjoseph@matthewsfirm.com
John D. Holman
TX Bar No. 24082232
jholman@matthewsfirm.com
David M. Lodholz
Texas Bar No. 24070158
dlodholz@matthewsfirm.com
2000 Bering Drive, Suite 700
Houston, Texas 77057
713-355-4200
713-355-9689
**ATTORNEYS FOR PLAINTIFF
LABORDE EARLES LAW FIRM, LLC**

**PLAINTIFF'S ORIGINAL COMPLAINT**
U.S. District Court for the Western District of Louisiana – Lafayette Division

Page **8** of **8**

3575125.v3