UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LABORDE EARLES LAW FIRM, LLC<br>Plaintiff | Case No.   21-cv-04154 |
| VS.<br>MORRIS BART, III AND MORRIS BART, LLC<br>Defendant | Judge   S. Maurice Hicks, Jr.<br>Magistrate Judge   Patrick J. Hanna<br><br>Jury Demanded. |

## ORDER

IT IS ORDERED that Terry B. Joseph be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Laborde Earles Law Firm, LLC in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge