UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LABORDE EARLES LAW FIRM, LLC** | **CIVIL ACTION NO. 6:21-CV-04154** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MORRIS BART, III AND MORRIS BART, LLC** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff/counter-defendant, LABORDE EARLES LAW FIRM, LLC ("LABORDE EARLES"), and defendants/counter-plaintiffs, MORRIS BART, III and MORRIS BART, LLC (collectively, "MORRIS BART"), who hereby jointly move the Court for a dismissal *with prejudice* of any and all claims, demands, counterclaims and/or causes of action asserted by either LABORDE EARLES against MORRIS BART and/or by MORRIS BART against LABORDE EARLES in the above-captioned matter, with each of the parties to pay their own costs and attorney's fees.

Respectfully submitted,

**ONEBANE LAW FIRM (APC)**

By: */s/ Steven C. Lanza*
Steven C. Lanza (LA #19668)
lanza@onebane.com
Post Office Box 3507
Lafayette, LA 70502-3507
400 E. Kaliste Saloom Rd., Ste. 3000
Lafayette, LA 70508
(337) 237-2660 Phone
(337)237-2660 Fax

**ATTORNEYS FOR PLAINTIFF LABORDE EARLES LAW FIRM, L.L.C.**

1

AND

**MCCUTCHEON JOSEPH, PLLC**

By: /s/ *Terry Joseph*
Terry Joseph (Lead Attorney) (*pro hac vice*)
tjoseph@matthewsfirm.com
5444 Westheimer Dr., Suite 1950
Houston, Texas 77056
713-355-4200 Phone
713-355-9689 Fax

ATTORNEYS FOR PLAINTIFF
LABORDE EARLES LAW FIRM, L.L.C.

**INTELLECTUAL PROPERTY CONSULTING, LLC**

By: */s/Mark Melasky*
Gregory D. Latham T.A. (25,955)
Mark N. Melasky (34,326)
400 Poydras Street, Suite 1400
New Orleans, LA 70130
Phone: (504) 322.7166
Fax: (504) 322.7184
glatham@iplawconsulting.com
mmelasky@iplawconsulting.com

**ATTORNEYS FOR DEFENDANT, MORRIS BART, LLC AND MORRIS BART, III**

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all known counsel of record who are participants. I further certify that the foregoing document and the notice of electronic filing has been mailed via first class mail to the following non-CM/ECF participants:  *None known*.

      Lafayette, Louisiana this 2nd day of June, 2023.

                                                   /s/ *Steven C. Lanza*
                                                     Steven C. Lanza